# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129273(21)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

RICHARD HODGSON,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129273
COA: 259913
Wayne CC: 98-005750

On order of the Court, the motion for reconsideration of this Court's order of November 29, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

p0221